AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-CR-00140 (ENV) |
| | ) | |
| David DIAZ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/28/2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Bruce Lehr, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Eric N. Vitaliano, U.S.D.J.
*Judge's printed name and title*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 28 2018
BROOKLYN OFFICE