# SEALED

BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 3/28/2018

CRIMINAL CAUSE FOR PLEADING and Bail Application

DOCKET # 18cr140-1ENV                    Defendant # 1

CASE: USA v. John Doe

COUNSEL: Bruce Lehr

AUSA: Whitman Knapp III

Pre-Trial Officer: Celine Ferguson

Spanish Interpreter: Rosa Olivera and Maristela Verastegui

COURT REPORTER: Richard Barry


| | |
|---|---|
| X | CASE CALLED FOR PLEADING |
| X | DEFENDANT SWORN |
| X | Waiver of Indictment filed |
| X | Defendant enters a plea of Guilty to Counts 1 and 2 of the information |
| X | COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO Count 1 and 2 of the information |
| X | Bail granted |
| X | SENTENCE DATE: To be set after Probation report is complete. |

Time in Court: 50 Minutes